FILED
OCT 26 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO: |
| ) | 1 : 21 -cr- 0 3 2 4 JRS MG |
| JERRY POINDEXTER, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### 18 U.S.C. § 922(g)(1)
### Felon in Possession of a Firearm

On or about August 31, 2021, within the Southern District of Indiana, JERRY POINDEXTER, the defendant herein, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

> Dealing in Methamphetamine, a Level 3 Felony, in Hendricks County, Indiana, on or about October 2, 2017, under cause number 32D02-1704-F2-000011; and/or, Dealing in Marijuana, a Level 6 Felony, in Marion County, Indiana, on or about May 2, 2018, under cause number 49G20-1702-F6-007080; and/or, Criminal Recklessness, a Level 6 Felony, in Marion County, Indiana, on or about October 28, 2015 under Cause Number 49G14-1506-F6-018889; and/or, Forgery, a Class C Felony, in Marion County, Indiana, on or about March 31, 2015 under Cause Number 49G20-1402-FC-009556,

did knowingly possess in and affecting commerce a firearm, to wit: a SCCY 9-millimeter handgun, in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE**

1.    Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2.    Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offenses set forth in Count One of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offenses.

3.    The property subject to forfeiture includes, but is not necessarily limited to, the following:

    a.    A SCCY, 9-millimeter handgun bearing serial number 753329;

    b.    all recovered magazines and 9-millimeter caliber ammunition.

4. The United States shall be entitled to forfeiture of substitute property pursuant to, and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 4, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

A TRUE BILL:

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: Peter A. Blackett
Assistant United States Attorney